UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNELL DEMPSEY (#458759)

VERSUS                                             CIVIL ACTION

BURL CAIN, ET AL                                   NUMBER 07-741-JVP-SCR

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, December 28, 2007.

                    STEPHEN C. RIEDLINGER
                    UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNELL DEMPSEY (#458759)

VERSUS                                              CIVIL ACTION

BURL CAIN, ET AL                                    NUMBER 07-741-JVP-SCR

MAGISTRATE JUDGE'S REPORT

This case is before the court on the order to the plaintiff to show cause why his complaint should not be dismissed for failure to pay the court's filing fee.  Record document number 11.

On October 22, 2007, the plaintiff was ordered to pay an initial partial filing fee in the amount of $15.15 within 20 days.[1]

On November 27, 2007, the plaintiff was ordered to show cause on December 14, 2007, why his complaint should not be dismissed for failure to pay the filing fee.

Plaintiff failed to respond to the show cause order or pay the filing fee as ordered.  Therefore, the plaintiff's complaint should be dismissed without prejudice.

RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed without prejudice for failure to pay the court's filing fee.

Baton Rouge, Louisiana, December 28, 2007.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 5.