UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JAN 16  P 2: 38

BY DEPUTY

JOHNELL DEMPSEY
(#458759)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 07-741-A

## RULING ON PETITION
## FOR WRIT OF HABEAS CORPUS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 13) of United States Magistrate Judge Stephen C. Riedlinger dated December 28, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed without prejudice for failure to pay the court's filing fee.

Judgment to be entered accordingly.

Baton Rouge, Louisiana, January 16, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA