UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
M.D. LA

2008 JAN 29 P 12: 48

JOHNELL DEMPSEY (#458759)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NUMBER 07-741-JVP-SCR

## RULING

This matter is before the court on the plaintiff's Motion for Reconsideration. Record document number 15.

On October 22, 2007, the plaintiff was ordered to pay an initial partial filing fee in the amount of $15.15 within 20 days.[1] On November 27, 2007, the plaintiff was ordered to show cause on December 14, 2007, why his complaint should not be dismissed for failure to pay the filing fee. Plaintiff failed to respond to the show cause order or pay the filing fee as ordered.

A magistrate judge's report was submitted to the district judge recommending that the plaintiff's claims be dismissed without prejudice for failure to pay the court's initial partial filing fee. Plaintiff did not file an objection to the magistrate judge's report.

On January 16, 2008, an opinion was issued adopting the magistrate judge's report and recommendation.

Plaintiff sought reconsideration of the court's opinion

---

[1] Record document number 5.

adopting the magistrate judge's report and recommendation.

Considering the plaintiff's argument, and for the reasons set forth in the magistrate judge's report, the plaintiff's Motion for Reconsideration is denied.

Baton Rouge, Louisiana, January 28, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE